UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHELE ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:11-cv-67-DBH |
| | ) | |
| | ) | |
| SOCIAL SECURITY ADMINSTRATION | ) | |
| COMMISSIONER, | ) | |
| | ) | |
| Defendant | ) | |

**RECOMMENDATION RE. ORDER TO SHOW CAUSE**

On June 29, 2011, I issued an order to show cause due to Plaintiff's failure to timely file a statement of errors and fact sheet in support of her complaint for judicial review of decisions denying her applications for social security benefits. Anderson received initial notification of the procedural order regarding the due date for her statement of errors on April 27, 2011, following this court's receipt of the administrative record from the Commissioner. The statement of errors was due to be filed by Plaintiff on June 27, 2011. The show cause order advised Plaintiff that her complaint was in order to be dismissed for failure to prosecute and gave her until July 11, 2011, to show cause for her failure to respond to the procedural order of April 27, 2011. The July 11 deadline has passed and Plaintiff has failed to respond to the order to show cause. Consequently, I recommend that the Court dismiss her complaint for failure to prosecute.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge

July 15, 2011