**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| MICHELE ANDERSON, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:11-CV-67-DBH |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| DEFENDANT | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On July 14, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommendation Regarding Order to Show Cause. The time within which to file objections expired on August 1, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommendation of the Magistrate Judge is hereby **ADOPTED**. The complaint is **DISMISSED** for failure to prosecute.

**SO ORDERED.**

**DATED THIS 3RD DAY OF AUGUST 3, 2011**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**